UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JAMES W. GILLIAM,

                          Plaintiff,

        -against-                                   23 **CIVIL** 6144 (PMH)

                                                **JUDGMENT**

GREENBERG TRAURIG LLP, et al.,

                        Defendants.
--------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 4, 2024, Defendants' motion to dismiss is GRANTED under Federal Rule of Civil Procedure 12(b)(6) and dismisses the Complaint with prejudice.

**Dated:** New York, New York

      March 19, 2026

                                      **TAMMI M. HELLWIG**
                                    _____
                                      **Clerk of Court**

                **BY:**  _____
                                     **Deputy Clerk**